IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER GEORGE NOMURA,<br><br>Defendant. | CR 18-5-M-DLC<br><br>FINDINGS AND RECOMMENDATION CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of the possession of methamphetamine with the intent to distribute in violation of 21 U.S.C. § 841(a)(1) as set forth in Count II of the Indictment, and one count of the possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A) as set forth in Count V of the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts I and IV of the Indictment.

After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal offenses charged against him;

2. That the Defendant is aware of the nature of the charges against him and the consequences of pleading guilty to the charges;

3. That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty to the criminal offenses charged against him;

4. That his guilty pleas to the criminal offenses charged against him are knowingly and voluntarily entered, and are supported by independent factual grounds sufficient to prove each of the essential elements of the criminal offenses charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of Counts II and V of the Indictment, and that sentence be imposed. I further recommend that Counts I and IV of the Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report**.

DATED this 1st day of August, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge