IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–5–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER GEORGE NOMURA, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (Doc. 38). Defendant Christopher George Nomura appeared before the Court on August 1, 2018, and entered a plea of guilty to Count II and V of the Indictment. He also admitted the forfeiture allegation. Nomura's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT Nomura's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853 and 18 U.S.C. § 924(d).

- Smith & Wesson, FNH USA, Model FNS-40, .40 caliber semi-automatic pistol (serial number GKU110245);

-1-

- Smith & Wesson 9mm, model SD9VE (serial number HFP8122);

- Hi Point 9mm (serial number P1734278);

- Ruger 10/22 22 caliber rifle (serial number 119-35787);

- JC Higgins Model 20 12-gauge shotgun Sear Roebuck (serial number 583.58);

- U.S. Carbine 30 caliber rifle National Ordinance Incorporated (serial number 49234);

- Benelli Arms Tactical 12 gauge shotgun (serial number V746692Z); and,

- Ammunition.

THAT the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C.

§ 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 12th day of October, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court