IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

SEP 27 2019

Clerk, U S District Court
District Of Montana
Missoula

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHRISTOPHER GEORGE NOMURA,

Defendant.

CR 18–5–M–DLC

ORDER

Before the Court is the United States' Unopposed Motion for Leave to File Under Seal a motion and proposed order, pursuant to L.R. CR 49.1. (Doc. 73.) Good cause appears to support the Motion.

Accordingly, it is ORDERED that the Motion (Doc. 73) is GRANTED. The United States' motion and proposed protective order currently lodged at Document 74 shall be filed under seal.

Dated this 27th day of September, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-